## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 21-13466 |
| BARRY G. ISAACSON, | ) | |
| | ) | Hon. A. Benjamin Goldgar |
| Debtor. | ) | |

### NOTICE OF FILING

To:    See Attached Service List

PLEASE TAKE NOTICE THAT on **December 17, 2021,** we caused to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, ***Schedules A, B, C, G, H, I, J, Amended Schedule E/F, Statement of Financial Affairs***, ***Chapter 7 Statement of Your Current Monthly Income (Form 122A-1) and Statement of Exemption from Presumption of Abuse Form 122A-1Supp*** and ***Summary of Assets and Liabilities and Certain Statistical Information for Individual***, copies of which are attached here.

**BARRY G. ISAACSON**, Debtor

By**:**    /s/ Ariel Weissberg
One of his attorneys

Ariel Weissberg, Esq. (No. 03125591)
Weissberg and Associates, Ltd.
564 W. Randolph St., 2nd Floor
Chicago, IL  60661
T. 312-663-0004
F. 312-663-1514
ariel@weissberglaw.com

## **CERTIFICATE OF SERVICE**

      I, Ariel Weissberg, certify that on December 17, 2021, I caused to be filed ***Schedules A, B, C, G, H, I, J, Amended Schedule E/F, Statement of Financial Affairs***, ***Chapter 7 Statement of Your Current Monthly Income (Form 122A-1) and Statement of Exemption from Presumption of Abuse Form 122A-1Supp*** and ***Summary of Assets and Liabilities and Certain Statistical Information for Individual.*** Notice of this filing was sent to all parties registered to receive notice in this case by electronic transmission through the court's CM/ECF system.


                                            _____/s/ Ariel Weissberg_____
                                                      Ariel Weissberg