## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re ) | |
| ) | |
| BARRY G. ISAACSON, ) | Case No. 21-13466 |
| ) | |
| ) | Chapter 7 |

## NOTICE OF FILING

To:   Ariel Weissberg                    Joseph E. Cohen
      Weissberg & Associates, Ltd.       Cohen & Krol
      564 W. Randolph Street             105 W. Madison Street
      2nd Floor                          Suite 1100
      Chicago, IL 60661                  Chicago, IL 60602
      ariel@weissberglaw.com             jcohen@cohenandkrol.com

PLEASE TAKE NOTICE that on December 20, 2021 the undersigned filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, the **Appearance and Proof of Claim of Creditors Georgia Lewis and Sandra Davis,** copies of which are attached.

## CERTIFICATE OF SERVICE

I, Jodi L. Flynn, one of the attorneys for Creditors Georgia Lewis and Sandra Davis certify that the aforementioned documents were served on the foregoing

[ ]   by personal delivery              [ ]   by depositing said document(s) in
                                              the U.S. mail at 125 South Wacker Drive,
                                              Chicago, Illinois, postage prepaid

[ ]   by facsimile transmission         [X]   by email

before 5:00 p.m. on December 20 2021.

Respectfully submitted,

Georgia Lewis and Sandra Davis,
Creditors

*/s/ Jodi L. Flynn*
One of their Attorneys

Jodi L. Flynn (Atty. Id. # 6230910)
Juris Kins (Atty. Id. # 1468405)
Davis McGrath LLC
125 S. Wacker Drive
Suite 300
Chicago, IL 60606
312-332-3033
jflynn@davismcgrath.com
jkins@davismcgrath.com