Certificate Number: 03088-ILN-DE-036289071

Bankruptcy Case Number: 21-13466



03088-ILN-DE-036289071

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 26, 2022, at 4:03 o'clock PM CST, Barry G Isaacson completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date: January 26, 2022

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor