UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 21-13466
BARRY G. ISAACSON, )
) Chapter: 7
) Honorable A. Benjamin Goldgar
) Lake County
Debtor(s) )

# ORDER GRANTING IN PART AND DENYING WITHOUT PREJUDICE IN PART MOTION TO CONDUCT RULE 2004 EXAMINATIONS

THIS CASE COMING on to be heard on the Motion of Michael Okun, individually, and in his capacity as Trustee of the Michael D. Okun Revocable Trust of December 27, 2012, to take the Rule 2004 examinations of debtor Barry G. Isaacson and others, due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

The motion is granted in part and denied in part without prejudice. As to debtor Barry Isaacson, the motion is granted. Okun may take the Rule 2004 examination of Isaacson. As to all others, the motion is denied without prejudice for the reasons stated on the record.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: March 11, 2022

**Prepared by:**

Sheryl A. Fyock, ARDC No. 06204378
Latimer LeVay Fyock LLC
55 West Monroe Street, Suite 1100
Chicago, Illinois 60603
(312) 422-8000
sfyock@llflegal.com